United States District Court
Southern District of Texas
**ENTERED**
July 21, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Annajo Lewis, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. H-19-2380 |
| Andrew Saul, Commissioner of the Social Security Administration, *Defendant*. | § § § § | |

## ORDER OF ADOPTION

On July 7, 2020, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 19), recommending that Lewis's motion for summary judgment be denied. Lewis filed objections. (D.E. 20.)

After due consideration of the entire record and the applicable law, the court denies Lewis's objections and hereby ADOPTS the memorandum and recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed at Houston, Texas this 21 day of July, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE